# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERENCE K. DICKINSON,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., et al.,<br><br>        Defendants. | Case No. 2:19-cv-01978-JAD-BNW<br><br>**ORDER** |

Presently before the court is pro se plaintiff Terence K. Dickinson's application to proceed *in forma pauperis* (ECF No. 1), filed on November 13, 2019.

Dickinson's application to proceed *in forma pauperis* (IFP") is incomplete. Specifically, Dickinson does not complete questions one or two. Further, in question three, he states that he receives Social Security income, but he does not answer subparts (a) through (e) of question three. provide a "yes" or "no" answer to each of the questions regarding his sources of income in question three of the application. Given that the information Dickinson provided was incomplete, the court cannot determine whether Dickinson is eligible to proceed IFP. The court therefore will deny the IFP application without prejudice for Dickinson to re-file a complete application or to pay the filing fee.

IT IS THEREFORE ORDERED that is pro se plaintiff Terence K. Dickinson's application to proceed *in forma pauperis* (ECF No. 1), is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court must send Dickinson the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by December 16, 2019, Dickinson must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Dickinson is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

DATED: November 14, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE