# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERENCE K. DICKINSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HSBC BANK USA, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01978-JAD-BNW<br><br>**ORDER** |

Presently before the court is pro se plaintiff Terence K. Dickinson's application to proceed *in forma pauperis* (ECF No. 4), filed on December 2, 2019.

Dickson previously filed an application to proceed *in forma pauperis* ("IFP"), which the court denied without prejudice because it was incomplete. (ECF No. 3.) Dickinson did not complete questions one, two, or three. (*See id.*) The court specifically noted in its order "in question three, he states that he receives Social Security income, but he does not answer subparts (a) through (e) of question three [by] provid[ing] a 'yes' or 'no' answer to each of the questions regarding his sources of income in question three of the application. Given that the information Dickinson provided was incomplete, the court cannot determine whether Dickinson is eligible to proceed IFP. The court therefore will deny the IFP application without prejudice for Dickinson to re-file a complete application or to pay the filing fee." (*Id.*)

In the IFP application that is presently before the court, Dickinson completed questions one and two but still has not completed question three by checking "yes" or "no" for each question regarding his sources of income. (ECF No. 4.) Accordingly, Dickinson's IFP application is still incomplete and the court still cannot determine whether Dickinson is eligible to proceed IFP. The court therefore will deny the IFP application without prejudice for Dickinson to re-file a complete application or to pay the filing fee.

1    IT IS THEREFORE ORDERED that is pro se plaintiff Terence K. Dickinson's
2 application to proceed *in forma pauperis* (ECF No. 4), is DENIED without prejudice.
3    IT IS FURTHER ORDERED that the clerk of court must send Dickinson the approved
4 form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying
5 instruction packet.
6    IT IS FURTHER ORDERED that by January 2, 2020, Dickinson must either: (1) file a
7 complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and
8 LSR 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the
9 $50 administrative fee. Dickinson is advised that failure to comply with this order will result in a
10 recommendation that his case be dismissed.

DATED: December 3, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE